DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

07 NOVEMBER 2013

| 381P13 | State v. Jeffrey Scott Reese | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review the Order of Guilford County Superior Court | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 2. Allowed |
| | | 3. Defendant's *Pro Se* Motion to Appoint Counsel | 3. Dismissed as Moot |
| | | | **Jackson, J., recused** |
| 382P13 | State v. Vincent Cox | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of COA (COAP15-505) | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis* | 2. Allowed |
| | | 3. Def's *Pro Se* Motion to Appoint Counsel | 3. Dismissed as Moot |
| 384P13 | Melissa S. Washburn (now Shaver) v. Edward Nollie Washburn, IV | Def's PDR Under N.C.G.S. § 7A-31 (COA12-1535) | Denied |
| 385P13 | Douglas Kirk Lunsford v. Thomas E. Mills, James W. Crowder, III, and Shawn T. Buchanan | 1. Unnamed Def's (Farm Bureau) Motion for Temporary Stay (COA13-167) | 1. Allowed **09/06/2013** |
| | | 2. Unnamed Def's (Farm Bureau) Petition for *Writ of Supersedeas* | 2. Allowed |
| | | 3. Unnamed Def's (Farm Bureau) PDR Under N.C.G.S. § 7A-31 | 3. Allowed |
| 387P13 | State v. James Gregory Armistead | Def's PDR Under N.C.G.S. § 7A-31 (COA12-1315) | Denied |
| 388P13 | State v. DeMaris Lamar Grice | Def's PDR Under N.C.G.S. § 7A-31 (COA12-1448) | Denied |
| 390P13 | Tiffany N. Tobe-Williams v. New Hanover County Board of Education; A/K/A New Hanover County Schools | Motion to Withdraw as Counsel | Allowed |
| 391P13 | State v. Mark Allan Biddix | Def's *Pro Se* Petition for *Writ of Mandamas* | Dismissed |